KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

The Honorable:                                    CAROL A. DOYLE
Chapter    7
Location:
Hearing Date:                                          / /
Hearing Time:
Response Date:                                        / /

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: MASON, CRYSTAL | §   Case No. 10-09992 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $326,825.00            Assets Exempt:  $42,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,037.33      Claims Discharged
                                       Without Payment: $15,350.18

Total Expenses of Administration:  $1,642.20

3)  Total gross receipts of $      8,679.53     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00      (see **Exhibit 2** ), yielded net receipts of $8,679.53 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $156,298.00 | $32,993.71 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,642.20 | 1,642.20 | 1,642.20 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,067.00 | 21,022.51 | 21,022.51 | 7,037.33 |
| **TOTAL DISBURSEMENTS** | $177,365.00 | $55,658.42 | $22,664.71 | $8,679.53 |

4) This case was originally filed under Chapter 7 on March 09, 2010. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2012_____   By: /s/KAREN R. GOODMAN_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 federal tax refund | 1224-000 | 8,677.00 |
| Interest Income | 1270-000 | 2.53 |
| **TOTAL GROSS RECEIPTS** | | $8,679.53 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | 34,003.00 | 32,993.71 | 0.00 | 0.00 |
| NOTFILED | CitiMortgage c/o Hauselman, Rappin & Olswang | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage | 4110-000 | 122,295.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $156,298.00 | $32,993.71 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,617.93 | 1,617.93 | 1,617.93 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.64 | 7.64 | 7.64 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 16.63 | 16.63 | 16.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,642.20 | 1,642.20 | 1,642.20 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 7100-000 | 9,619.00 | 9,431.06 | 9,431.06 | 3,157.07 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 860.30 | 860.30 | 287.99 |
| 4 | Fia Card Services, NA/Bank of America | 7100-000 | 10,083.00 | 10,731.15 | 10,731.15 | 3,592.27 |
| NOTFILED | Macy's | 7100-000 | 476.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Heights Water Billing | 7100-000 | 589.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Heights | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 21,067.00 | 21,022.51 | 21,022.51 | 7,037.33 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-09992 | **Trustee:** (520191) KAREN R. GOODMAN |
| **Case Name:** MASON, CRYSTAL | **Filed (f) or Converted (c):** 03/09/10 (f) |
| | **§341(a) Meeting Date:** 04/28/10 |
| **Period Ending:** 01/11/12 | **Claims Bar Date:** 08/30/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 214 Sherry Lane, Chicgo Hts, IL 60411<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 140,000.00 | 2,705.00 | DA | 0.00 | FA |
| 2 | 106 E. Normandy Dr, Chicago Hts, IL 60411<br>    No equity after payment of closing costs. | 128,000.00 | 9,727.03 | DA | 0.00 | FA |
| 3 | Cash on hand<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25.00 | 0.00 | DA | 0.00 | FA |
| 4 | Park National Bank Checking & Savings<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Heights Autowrkers Credit Union Checking & Savin<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods & furnishings<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Necessary wearing apparel<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | ERISA qualified plan not included in Bankruptcy<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Ford TESPHE<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 21,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 Ford Explorer<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,000.00 | 1,225.00 | DA | 0.00 | FA |
| 11 | 2010 Ford Taurus<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2009 federal tax refund  (u) | 8,677.00 | 8,677.00 | | 8,677.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-09992 | **Trustee:**    (520191)    KAREN R. GOODMAN |
| **Case Name:**    MASON, CRYSTAL | **Filed (f) or Converted (c):** 03/09/10 (f) |
| | **§341(a) Meeting Date:**    04/28/10 |
| **Period Ending:** 01/11/12 | **Claims Bar Date:**    08/30/10 |

| | 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST  (u) | Unknown | N/A | | 2.53 | FA |
| 13 | **Assets**    **Totals** (Excluding unknown values) | **$335,502.00** | **$22,334.03** | | **$8,679.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

Retain accountant if necessary, file tax returns, review claims, file TFR.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2001          **Current Projected Date Of Final Report (TFR):**    October 4, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-09992 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | MASON, CRYSTAL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******94-65 - Money Market Account |
| Taxpayer ID #: | **-***5631 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 01/11/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/26/10 | {12} | Crystal Mason | Partial turnover of '09 tax refund. | 1224-000 | 8,000.00 | | 8,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.07 | | 8,000.07 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.46 | | 8,000.53 |
| 07/15/10 | {12} | Crystal Mason | Partial turnover of '09 tax refund | 1224-000 | 77.00 | | 8,077.53 |
| 07/15/10 | {12} | Crystal Mason | Partial turnover of '09 tax refund | 1224-000 | 300.00 | | 8,377.53 |
| 07/15/10 | {12} | Crystal Mason | Partial turnover of '09 tax refund | 1224-000 | 300.00 | | 8,677.53 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.50 | | 8,678.03 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.51 | | 8,678.54 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,678.61 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,678.68 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,678.75 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,678.82 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,678.89 |
| 02/08/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/01/2011 FOR CASE<br>#10-09992, Bond #016026455 | 2300-000 | | 7.64 | 8,671.25 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,671.31 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,671.38 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,671.45 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,671.52 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,671.59 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,671.66 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.63 | 8,655.03 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,655.10 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,630.10 |
| 09/02/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 8,655.10 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,655.17 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,655.24 |
| 11/09/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 8,655.26 |
| 11/09/11 | | To Account #9200******9466 | FUNDS TRANSFER TO EFFECTUATE<br>DISTRIBUTIONS PER COURT ORDER<br>DATED 11/08/11 | 9999-000 | | 8,655.26 | 0.00 |

| | | | | ACCOUNT TOTALS | 8,679.53 | 8,679.53 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 0.00 | 8,655.26 | |
| | | | | Subtotal | 8,679.53 | 24.27 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $8,679.53 | $24.27 | |

{} Asset reference(s)

Exhibit 9

# **Form 2**

Page: 2

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 10-09992 |
| Case Name: | MASON, CRYSTAL |
| | |
| Taxpayer ID #: | **-***5631 |
| Period Ending: | 01/11/12 |

| | |
|---|---|
| Trustee: | KAREN R. GOODMAN (520191) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****94-66 - Checking Account |
| Blanket Bond: | $61,494,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/09/11 | | From Account #9200******9465 | FUNDS TRANSFER TO EFFECTUATE DISTRIBUTIONS PER COURT ORDER DATED 11/08/11 | 9999-000 | 8,655.26 | | 8,655.26 |
| 11/09/11 | 101 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 11/08/2011 | 2100-000 | | 1,617.93 | 7,037.33 |
| 11/09/11 | 102 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 11/08/2011 | 7100-000 | | 3,157.07 | 3,880.26 |
| 11/09/11 | 103 | PYOD LLC its successors and assigns as assignee of Citibank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 11/08/2011 | 7100-000 | | 287.99 | 3,592.27 |
| 11/09/11 | 104 | Fia Card Services, NA/Bank of America | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 11/08/2011 | 7100-000 | | 3,592.27 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,655.26 | 8,655.26 | $0.00 |
| Less: Bank Transfers | 8,655.26 | 0.00 | |
| **Subtotal** | 0.00 | 8,655.26 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $8,655.26 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-*****94-65** | 8,679.53 | 24.27 | 0.00 |
| **Checking # 9200-*****94-66** | 0.00 | 8,655.26 | 0.00 |
| | $8,679.53 | $8,679.53 | $0.00 |